No. 5,805.—STATE ex rel. ROBERT TERRY, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control directed to the District Court of the Tenth Judicial District in and for the County of Fergus, and the Honorable John C. Huntoon, a Judge thereof, to review the action of said Judge in refusing to settle a bill of exceptions in a cause in which the state was

plaintiff and the relator was defendant, charged with and convicted of unlawful possession of intoxicating liquor.

Decided September 15, 1925.

PER CURIAM.—Relator's petition for a writ of supervisory control herein is ·denied.

*Mr. F. W. Mettler* and *Mr. W. D. Tipton,* for Relator.